**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-07747-SPS |
| | § | |
| CHRISTOPHER PAUL CHEPON | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 02/02/2012, in Courtroom 642, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  01/10/2012              By:  /s/ David P. Leibowitz
                                              (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (5/1/2011)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-07747-SPS |
| | § | |
| CHRISTOPHER PAUL CHEPON | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $2,600.06
*and approved disbursements of* $17.43
*leaving a balance on hand of[1]:* $2,582.63

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $2,582.63

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $650.02 | $0.00 | $650.02 |
| David P. Leibowitz, Trustee Expenses | $39.72 | $0.00 | $39.72 |

Total to be paid for chapter 7 administrative expenses: $689.74
Remaining balance: $1,892.89

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

|   |   |
|---|---:|
| Remaining balance: | $1,892.89 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|   |   |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $1,892.89 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $10,308.44 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 18.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 1 | Discover Bank | $10,080.06 | $0.00 | $1,850.95 |
| 2 | American InfoSource LP as agent for T Mobile/T-Mobile USA Inc | $228.38 | $0.00 | $41.94 |

|   |   |
|---|---:|
| Total to be paid to timely general unsecured claims: | $1,892.89 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|   |   |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST-Form 101-7-NFR (5/1/2011)**

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
                    Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 11-07747-SPS
Christopher Paul Chepon                                             Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1            User: dramey              Page 1 of 3              Date Rcvd: Jan 11, 2012
                                Form ID: pdf006           Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 13, 2012.
```
db         +Christopher Paul Chepon,    4056 W. 90th Street,    Hometown, IL 60456-1212
16875339    BAc Home Loans Servicing, LP,    PO Box 650070,    Dallas, TX 75265-0070
16875338   +Bac Home Loans Servici,    450 American St,    Simi Valley, CA 93065-6285
16875340    Baker & Miller, P.C,    Attn: Yellow Book Sales And Dist,    29 N. Wacker Drive Suite 500,
             Chicago, IL 60606-2854
16875343   +Bank of America,    Business Add:,    7105 Corporate Drive,    Plano, TX 75024-4100
16875342   +Bank of America,    Po Box 650070,    Dallas, TX 75265-0070
16875341    Bank of America,    P.O. Box 5170,    Simi Valley, CA 93062-5170
16875344   +Charter one,    4062 SW Hwy,    Hometown, IL 60456-1134
16875345   +Check Systems, Inc.,    Attn: Customer Relations,    7805 Hudson Road, Ste 100,
             Woodbury, MN 55125-1703
16875346   +Chrysler Credit,    Po Box 9218,    Farmington Hills, MI 48333-9218
16875347    Dex One,    PO Box 660835,    Dallas, TX 75266-0835
16875348   +Dex One,    Attn: Client Care,    1615 Bluff City Highway,    Bristol, TN 37620-6055
16875351    Equifax Information Services, LLC,    P.O. Box 740256,    Atlanta, GA 30374-0256
16875352    Experian,    P.O. Box 9701,    Allen, TX 75013-9701
16875353    Founders Bnk,    Ridge & Minooka Roads,    Minooka, IL 60447
16875354   ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
             (address filed with court: Illinois Department of Revenue,    100 West Randolph St.,    7-400,
             Chicago, IL 60601)
16875355   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
             PHILADELPHIA PA 19101-7346
             (address filed with court: INTERNAL REVENUE SERVICE,    MAIL STOP 5010 CHI,    230 SOUTH DEARBORN,
             Chicago, IL 60604)
16875356    T-Mobile,    P.O. Box 742596,    Cincinnati, OH 45274-2596
16875357   +TransUnion Consumer Solutions,    P.O. Box 2000,    Chester, PA 19016-2000
16875358   +World Pay,    Suite 260,    600 Morgan Falls Road,    Atlanta, GA 30350-5813
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17447568     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 12 2012 04:34:38
              American InfoSource LP as agent for,   T Mobile/T-Mobile USA Inc,   PO Box 248848,
              Oklahoma City, OK  73124-8848
16875350     E-mail/PDF: mrdiscen@discoverfinancial.com Jan 12 2012 03:04:08     Discover Fin Services,
              PO Box 15316,    Wilmington, DE 19850
17170405     E-mail/PDF: mrdiscen@discoverfinancial.com Jan 12 2012 03:04:08     Discover Bank,
              DB Servicing Corporation,    PO Box 3025,   New Albany, OH  43054-3025
16875349    +E-mail/PDF: mrdiscen@discoverfinancial.com Jan 12 2012 03:04:08     Discover Fin,   Po Box 6103,
              Carol Stream, IL 60197-6103
16875355     E-mail/Text: cio.bncmail@irs.gov Jan 12 2012 01:24:16     INTERNAL REVENUE SERVICE,
              MAIL STOP 5010 CHI,   230 SOUTH DEARBORN,    Chicago, IL 60604
                                                                                              TOTAL: 5
```
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: dramey              Page 2 of 3              Date Rcvd: Jan 11, 2012
                              Form ID: pdf006           Total Noticed: 24
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 13, 2012**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1          User: dramey              Page 3 of 3                  Date Rcvd: Jan 11, 2012
                              Form ID: pdf006           Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 10, 2012 at the address(es) listed below:
          David P Leibowitz    dleibowitz@lakelaw.com,
           il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Thomas W Toolis    on behalf of Debtor Christopher Chepon twt@jtlawllc.com,
           lld@jtlawllc.com;axb@jtlawllc.com
                                                                         TOTAL: 3